STEPHENS et al., Appellants, v. WADDELL. ENTZ CO., Respondent. (Supreme Court, General Term, First Department. June 15, 1894.) Action by James Stephens and another against the Waddell Entz Company. G. W. Stephens, for appellants.

Antonio Knauth, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and the attachment reinstated.